UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff<br><br>        v.<br><br>73,586.17 USDT SEIZED FROM<br>BINANCE ASSOCIATED WITH<br>USER ID ENDING IN 7402,<br>        Defendant. | )<br>)<br>)<br>)  Civil Action No.: _____<br>)<br>)<br>)<br>)<br>) |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

The United States of America, by its attorney, Rachael S. Rollins, United States Attorney for the District of Massachusetts, in a civil action of forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) alleges that:

1. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355. Venue is appropriate pursuant to 28 U.S.C. § 1395.

2. The defendant property consists of the following:

    a. 73,586.17 USDT seized from Binance associated with User ID ending in 7402 (the "Defendant Property").

3. As detailed in the Affidavit of Garrett Fitzgerald Jr., Cyber Special Agent with the United States Secret Service, attached hereto as Exhibit A and incorporated herein by reference, the United States has probable cause to believe that the Defendant Property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), because it represents property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343. Specifically, there is probable cause to believe that the Defendant Property is subject to forfeiture as proceeds of a cryptocurrency investment fraud scheme.

WHEREFORE, the United States of America requests:

1. That a Warrant and Monition, in the form submitted herewith, be issued to the United States Marshal for the District of Massachusetts, or his designee, commanding him to seize the Defendant Property, and give notice to all interested parties to appear and show cause why the forfeiture should not be decreed;

2. That judgment of forfeiture be decreed against the Defendant Property;

3. That thereafter, the Defendant Property be disposed of according to law; and

4. For costs and all other relief to which the United States may be entitled.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:    */s/ Alexandra W. Amrhein*
ALEXANDRA W. AMRHEIN
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
alexandra.amrhein@usdoj.gov

Dated: August 3, 2022

<u>Verification</u>

    I, Garrett Fitzgerald Jr., Cyber Special Agent for the United States Secret Service state that I have read the foregoing Verified Complaint for Forfeiture *in Rem*, and the Affidavit, attached as Exhibit A, and declare under penalty of perjury that the contents thereof are true to the best of my knowledge, information, and belief.

*Garrett Fitzgerald Jr.*
Garrett Fitzgerald Jr.
Cyber Special Agent
United States Secret Service

Dated:  August 3, 2022